# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOSEPH DAVIS,

        Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, BUREAU OF HEALTH CARE
SERVICES, CINDI
MURPHY, R.N., M.S.P., DR. AUSTIN,
DR. ANTONINI, and SONYA GREENE, R.N.,

        Defendants.

_____/

CIVIL CASE NO. 05-71503
HON. MARIANNE O. BATTANI

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on February 9, 2006, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that defendants Dr. Antonini and Dr. Austin's motions to dismiss (Doc. ##15 and 20), are **GRANTED** and Plaintiff's claims against these defendants are **DISMISSED** without prejudice based on Plaintiff's failure to exhaust his administrative remedies. **IT IS FURTHER ORDERED** that the motions to dismiss filed by the defendants Michigan Department of Corrections, Bureau of Health Care Services, Sonya Greene, and Cindi Murphy (Doc. ##25 and

30), are **GRANTED**, and that Plaintiff's claims against those defendants are **DISMISSED** with prejudice based on Plaintiff's failure to state a claim upon which relief may be granted.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATED: March 9, 2006

### CERTIFICATE OF SERVICE

A Copy of this Order was served upon Joseph Davis and Christine M. Campbell on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt
DEPUTY CLERK